**Copyrights-In-Suit for IP Address 65.189.10.120**

**ISP:** Time Warner Cable
**Location:** Cincinnati, OH

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Little Time For Myself | PA0001877474 | 01/28/2014 | 01/31/2014 | 02/01/2014 |
| All About Anna | PA0001886195 | 03/25/2014 | 04/02/2014 | 04/06/2014 |
| Apartment Number Four | PA0001835954 | 04/07/2013 | 04/29/2013 | 07/23/2013 |
| Arrest Me | PA0001871941 | 11/25/2013 | 11/29/2013 | 11/28/2013 |
| Baby Blues | PA0001867887 | 10/30/2013 | 11/03/2013 | 11/02/2013 |
| Czech Beauties | PA0001859654 | 07/19/2013 | 08/01/2013 | 07/21/2013 |
| Date Night at Home | PA0001864689 | 09/29/2013 | 09/30/2013 | 09/30/2013 |
| Erotic Stretching and Sex | PA0001862293 | 09/08/2013 | 09/08/2013 | 09/09/2013 |
| Fascination With My Body | PA0001885189 | 03/17/2014 | 03/24/2014 | 04/06/2014 |
| Floating Emotions | PA0001887126 | 04/05/2014 | 04/07/2014 | 04/06/2014 |
| High School Dropouts | PA0001871934 | 11/21/2013 | 11/29/2013 | 11/25/2013 |
| Hot Brunettes | PA0001865957 | 10/03/2013 | 10/06/2013 | 10/09/2013 |
| In for the Night | PA0001874670 | 01/06/2014 | 01/06/2014 | 01/06/2014 |
| Let Me Take Your Picture | PA0001862486 | 09/14/2013 | 09/18/2013 | 09/16/2013 |
| Lying Around | PA0001872754 | 12/10/2013 | 12/15/2013 | 03/09/2014 |
| Making Music | PA0001883769 | 03/07/2014 | 03/22/2014 | 03/09/2014 |
| Malibu Moments | PA0001862283 | 09/03/2013 | 09/08/2013 | 09/04/2013 |
| Mile High Club | PA0001877249 | 01/16/2014 | 01/26/2014 | 01/17/2014 |
| Model Couple on Vacation | PA0001874613 | 12/17/2013 | 12/26/2013 | 12/26/2013 |
| New Romance | PA0001860972 | 08/05/2013 | 09/03/2013 | 08/10/2013 |
| No Turning Back Part #1 | PA0001874524 | 12/21/2013 | 12/30/2013 | 03/09/2014 |

EXHIBIT B

SOH54

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Raw Passion | PA0001860979 | 08/18/2013 | 09/02/2013 | 10/11/2013 |
| Ready for Love | PA0001872968 | 12/05/2013 | 12/07/2013 | 03/09/2014 |
| Sweet Surrender | PA0001884861 | 03/23/2014 | 03/26/2014 | 04/06/2014 |
| Tease and Please | PA0001871937 | 11/23/2013 | 11/29/2013 | 11/30/2013 |
| The Best Blondes | PA0001865816 | 10/09/2013 | 10/11/2013 | 10/12/2013 |
| The Way I Feel | PA0001874745 | 01/08/2014 | 01/15/2014 | 01/08/2014 |
| Three Way is the Best Way | PA0001878426 | 02/04/2014 | 02/13/2014 | 02/05/2014 |
| Warm and Fuzzy | PA0001872753 | 12/12/2013 | 12/15/2013 | 03/09/2014 |
| Zeppelin on Fire | PA0001874614 | 01/04/2014 | 01/05/2014 | 01/04/2014 |

**Total Malibu Media, LLC Copyrights Infringed:  30**

EXHIBIT B

SOH54