| County | Unique IPs | Population | % Infringing |
|---|---|---|---|
| Athens | 135 | 64489 | 0.21% |
| Geauga | 194 | 93840 | 0.21% |
| Hocking | 57 | 29352 | 0.19% |
| Franklin | 2308 | 1196070 | 0.19% |
| Brown | 73 | 44429 | 0.16% |
| Summit | 861 | 541106 | 0.16% |
| Knox | 96 | 60793 | 0.16% |
| Montgomery | 815 | 536270 | 0.15% |
| Jackson | 49 | 32902 | 0.15% |
| Medina | 257 | 173725 | 0.15% |
| Warren | 305 | 217310 | 0.14% |
| Union | 72 | 52786 | 0.14% |
| Hamilton | 1080 | 802516 | 0.13% |
| Morrow | 46 | 34988 | 0.13% |
| Richland | 156 | 122585 | 0.13% |
| Mahoning | 294 | 235463 | 0.12% |
| Lorain | 367 | 301597 | 0.12% |
| Scioto | 93 | 78592 | 0.12% |
| Logan | 53 | 45442 | 0.12% |
| Clinton | 47 | 41887 | 0.11% |
| Cuyahoga | 1375 | 1266049 | 0.11% |
| Lake | 248 | 229528 | 0.11% |
| Portage | 174 | 163851 | 0.11% |
| Licking | 174 | 167715 | 0.10% |
| Huron | 61 | 59294 | 0.10% |
| Butler | 378 | 370959 | 0.10% |
| Miami | 102 | 103063 | 0.10% |
| Allen | 104 | 105329 | 0.10% |
| Lucas | 427 | 437201 | 0.10% |
| Marion | 64 | 66216 | 0.10% |
| Hancock | 73 | 75670 | 0.10% |
| Clermont | 192 | 199109 | 0.10% |
| Crawford | 40 | 42874 | 0.09% |
| Clark | 123 | 136435 | 0.09% |
| Wood | 111 | 128708 | 0.09% |
| Delaware | 156 | 181188 | 0.09% |
| Wyandot | 19 | 22591 | 0.08% |
| Greene | 137 | 163852 | 0.08% |
| Fairfield | 119 | 147509 | 0.08% |
| Seneca | 45 | 56033 | 0.08% |
| Sandusky | 47 | 60461 | 0.08% |
| Champaign | 30 | 39602 | 0.08% |
| Stark | 279 | 375105 | 0.07% |
| Hardin | 23 | 31654 | 0.07% |
| Pike | 20 | 28515 | 0.07% |
| Tuscarawas | 63 | 92391 | 0.07% |

| | | | |
|---|---|---|---|
| Fulton | 28 | 42572 | 0.07% |
| Belmont | 45 | 69626 | 0.06% |
| Trumbull | 134 | 207403 | 0.06% |
| Lawrence | 40 | 62114 | 0.06% |
| Mercer | 26 | 40867 | 0.06% |
| Ross | 49 | 77475 | 0.06% |
| Guernsey | 25 | 39835 | 0.06% |
| Preble | 26 | 41873 | 0.06% |
| Erie | 47 | 76390 | 0.06% |
| Shelby | 30 | 49197 | 0.06% |
| Muskingum | 52 | 85934 | 0.06% |
| Defiance | 23 | 38812 | 0.06% |
| Washington | 36 | 61466 | 0.06% |
| Ashland | 31 | 53199 | 0.06% |
| Ashtabula | 57 | 100298 | 0.06% |
| Adams | 16 | 28366 | 0.06% |
| Columbiana | 58 | 106458 | 0.05% |
| Van Wert | 15 | 28739 | 0.05% |
| Pickaway | 29 | 56347 | 0.05% |
| Carroll | 14 | 28574 | 0.05% |
| Wayne | 54 | 114910 | 0.05% |
| Ottawa | 19 | 41355 | 0.05% |
| Williams | 17 | 37542 | 0.05% |
| Fayette | 13 | 28849 | 0.05% |
| Madison | 18 | 42982 | 0.04% |
| Perry | 15 | 36000 | 0.04% |
| Coshocton | 14 | 36840 | 0.04% |
| Auglaize | 15 | 45869 | 0.03% |
| Highland | 14 | 43047 | 0.03% |
| Putnam | 10 | 34201 | 0.03% |
| Jefferson | 16 | 68360 | 0.02% |
| Harrison | 3 | 15705 | 0.02% |
| Henry | 5 | 28085 | 0.02% |
| Darke | 9 | 52501 | 0.02% |
| Holmes | 7 | 43094 | 0.02% |
| Gallia | 5 | 30811 | 0.02% |
| Meigs | 3 | 23616 | 0.01% |
| Vinton | 1 | 13251 | 0.01% |
| Monroe | 1 | 14589 | 0.01% |
| Noble | 1 | 14601 | 0.01% |
| Morgan | 0 | 14926 | 0.00% |
| Paulding | 0 | 19308 | 0.00% |