From: **Jason Sweet** <jsweet@boothsweet.com>
Date: Tue. Aug 19, 2014 at 9:47 PM
Subject: Re: Malibu Media. LLC v. IP 76.188.130.142 case 1:14-cv-226 5/SDB SOH 54:1
To: Yousef Faroniya <yousef@ymfincorporated.com>


Yousef

As an initial matter, Malibu proposed a sharing of information. My client proposed revealing his identity in exchange for information in Malibu's possession. To date, Malibu has remained non-com mutual and non-cooperative.

Kw kindly out to me to discuss

Jason

Sent from my iPhone

On Aug 19, 2014, at 9:19 PM, Yousef Faroniya <yousef@ymfincorporated.com> wrote:

> Jason,
>
> [garbled paragraph]
>
> Thanks,

//
**Yousef M. Faroniya**
CEO and Attorney at Law
YMF Inc.
84 S. 4th St.
Columbus, Ohio 43215
(614) 961-6606

1

yousef@YMFincorporated.com
YMFincorporated.com

EQPHKFGPVKCNKV[ PQVG<Vjku oguucig qtkikpcvgu htqo [qwughO0Hctqpk{c. Gus0Vjku g/ockn oguucig cpf cmcwvcejogpvu oc{ eqpvckp rtkxkngigf cpf eqphkfgpvkcn khqtocvkqp kpvgpfgf uqng{ hqt vjg wug qh vjg cfftguugg0Kh{qwctg pqv vjg kpvgpfgf tgekrkgpv. {qwujqwnf ko ogfkcvgn{ uvqr tgcfkpi vjku oguucig cpf fgngvg kv htqo {qwt u{uvgo 0Cp{ wpcwvjqtk|gf tgcfkpi. fkuvtkdwvkqp. eqp{kpi. qt qvjgt wug qh vjku oguucig qt ku cwvcjoogpvu ku uvtkevn{ rtqjkdkvgf0Vjku oguucig oc{ pqv be eqrkgf qt fkuvtkdwvgf ykj qwvjku fkuenckogt0Kh {qw tgegkxgf vjku oguucig kp gttqt, rngcug pqvkh{ wu ko ogfkcvgn{ cv: {qwughB{ohkpeqtrqtcvgf0eqo 0 Vjcpm{qw0

KTU Ektewnct 452 Pqvkeg<Vq gpuwtg eqorrnkcpeg ykj tgswktgogpvu ko rqugf d{ vjg KTU. yg kphqto {qwvjcvcp{ WOU0vcz cfxkeg eqpvckpgf kp vjku eqo o wpkecvkqp *qt kp cp{ cwcej ogpv+ku pqvkpvgpfgf qt y tkwgp vq dg wugf. cpf ecppqvdg wugf. hqt vjg rwtrqug qh *k+cxqkfkpi rgpcnvkgu wpfgt vjg KpvgtpcnTgxgpwg Eqfg qt *kk+.octmgvkpi. qt tgeqo o gpfkpi vq cpqyjgt rctv{ cp{ vtcpuceqvkqp qt ocwgt cfftguugf kp vjku eqo o wpkecvkqp *qt kp cp{ cwcej ogpv+0

Rwtuwcpvvq yjg Hckt FgdvEqnngevkqp Rtcevkegu Cev. {qwctg cfxkugf yjcvjku qhhkeg oc{ dg fgoogf vq dg c fgdveqnngevqt cpf cp{ kphqto cvkqp qdvckpgf oc{ dg wugf hqt yjcvrwtrqug0

2