| District | Docket | OC |
| --- | --- | --- |
| Colorado | 1:13-cv-02385-WYD-MEH | Represented |
| Colorado | 1:13-cv-02394-WYD-MEH | Represented |
| Colorado | 1:13-cv-02691-WYD-MEH | Represented |
| Colorado | 1:13-cv-02695-WYD-MEH | Represented |
| Colorado | 1:13-cv-02707-WYD-MEH | Represented |
| Colorado | 1:13-cv-02781-WYD-MEH | Represented |
| Colorado | 1:13-cv-03171-WYD-MEH | Represented |
| Colorado | 1:13-cv-03358-WYD-MEH | Pro Se |
| Pennsylvania Eastern | 2:13-cv-02766-NIQA | Pro Se |
| Pennsylvania Eastern | 2:13-cv-04574-MMB | Represented |
| Pennsylvania Eastern | 2:13-cv-05486-LFR | Pro Se |
| Pennsylvania Eastern | 2:13-cv-06252-GP | Represented |
| Pennsylvania Eastern | 2:14-cv-00694-NIQA | Represented |
| Pennsylvania Eastern | 2:14-cv-00695-PBT | Represented |
| Pennsylvania Eastern | 2:14-cv-01280-SD | Pro Se |
| Pennsylvania Eastern | 2:14-cv-03796-WY | Pro Se |
| Florida Middle | 2:13-cv-00834-SPC-DNF | Represented |
| Florida Middle | 3:13-cv-01579-TJC-PDB | Pro Se |
| Florida Middle | 6:13-cv-01959-CEM-KRS | Represented |
| Florida Middle | 6:13-cv-01960-CEM-KRS | Represented |
| Florida Middle | 8:13-cv-03007-JSM-TBM | Represented |
| Florida Middle | 8:13-cv-03013-SCB-EAJ | Pro Se |
| Florida Middle | 8:13-cv-03209-JDW-AEP | Represented |
| Florida Middle | 8:14-cv-00657-MSS-AEP | Represented |
| Florida Middle | 8:14-cv-00659-VMC-EAJ | Represented |
| Florida Middle | 8:14-cv-00874-CEH-AEP | Represented |
| Maryland | 1:13-cv-00512-JKB | Represented |
| Maryland | 1:13-cv-03438-ELH | Represented |
| Maryland | 1:14-cv-00222-WDQ | Represented |
| Maryland | 1:14-cv-00223-MJG | Represented |
| Maryland | 1:14-cv-00235-RDB | Pro Se |
| Maryland | 1:14-cv-00257-RWT | Represented |
| Maryland | 1:14-cv-00260-CCB | Represented |
| Maryland | 1:14-cv-00263-PWG | Represented |
| Maryland | 1:14-cv-00654-CCB | Represented |
| Maryland | 1:14-cv-00660-GLR | Represented |
| Maryland | 1:14-cv-00747-MJG | Pro Se |
| Maryland | 1:14-cv-00748-WDQ | Represented |
| Maryland | 1:14-cv-00750-WMN | Pro Se |
| Maryland | 1:14-cv-00758-JFM | Represented |
| Maryland | 1:14-cv-01191-MJG | Pro Se |
| Maryland | 1:14-cv-01235-CCB | Represented |
| Maryland | 1:14-cv-01242-CCB | Represented |
| Maryland | 8:13-cv-00365-PWG | Represented |
| Maryland | 8:14-cv-00239-PWG | Represented |
| Maryland | 8:14-cv-00248-RWT | Pro Se |

| | | |
|---|---|---|
| Maryland | 8:14-cv-00649-RWT | Represented |
| Maryland | 8:14-cv-01222-RWT | Represented |
| Maryland | 8:14-cv-01230-TDC | Pro Se |
| Maryland | 8:14-cv-01236-PJM | Represented |
| Michigan Eastern | 2:13-cv-11415-PDB-MKM | Represented |
| Michigan Eastern | 2:13-cv-12217-VAR-RSW | Represented |
| Michigan Eastern | 2:13-cv-13515-MOB-LJM | Represented |
| Michigan Eastern | 2:14-cv-12471-JCO-RSW | Represented |
| Illinois Northern | 1:13-cv-02702 | Represented |
| Illinois Northern | 1:13-cv-03707 | Represented |
| Illinois Northern | 1:13-cv-06312 | Represented |
| Illinois Northern | 1:13-cv-07752 | Pro Se |
| Illinois Northern | 1:14-cv-00086 | Pro Se |
| Illinois Northern | 1:14-cv-00090 | Represented |
| Michigan Western | 1:13-cv-00162-RJJ | Represented |
| Michigan Western | 1:13-cv-00360-RJJ | Represented |
| Michigan Western | 1:14-cv-00245-RJJ | Represented |
| Michigan Western | 1:14-cv-00376-RJJ | Represented |
| Florida Southern | 9:14-cv-80076-RLR | Pro Se |
| Indiana Southern | 1:13-cv-00205-WTL-MJD | Represented |
| Indiana Southern | 1:14-cv-00734-TWP-MJD | Pro Se |
| Indiana Southern | 1:14-cv-00753-SEB-MJD | Pro Se |
| Ohio Southern | 1:14-cv-00383-TSB | Represented |
| Ohio Southern | 1:14-cv-00493-TSB | Represented |
| Ohio Southern | 2:14-cv-00820-EAS-MRA | Pro Se |

Total Cases In Litigation 71
Total Counsel Representing Defendants 52