| District | Docket | Filed | Served | Counsel | Status |
|---|---|---|---|---|---|
| Ohio Northern | 1:14-cv-01384-SO | 6/24/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Northern | 1:14-cv-01387-PAG | 6/24/2014 | Not Served | Pro Se | Preparing to Serve |
| Ohio Northern | 1:14-cv-01389-LW | 6/24/2014 | Not Served | Represented | Pending Discovery |
| Ohio Northern | 1:14-cv-01390-JG | 6/24/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Northern | 1:14-cv-01422-DAP | 6/28/2014 | Not Served | Represented | Settled |
| Ohio Northern | 1:14-cv-01423-DCN | 6/28/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Northern | 1:14-cv-01424-DAP | 6/28/2014 | Not Served | Represented | Settled |
| Ohio Northern | 1:14-cv-01425-DAP | 6/29/2014 | Not Served | Represented | Dismissed Due to Incarceration |
| Ohio Northern | 1:14-cv-01426-JG | 6/29/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Northern | 1:14-cv-01427-PAG | 6/29/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Northern | 1:14-cv-01834-SO | 8/19/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Northern | 1:14-cv-01838-JG | 8/19/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Northern | 1:14-cv-01840-PAG | 8/19/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Northern | 1:14-cv-01841-DAP | 8/19/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Northern | 1:14-cv-01843-DAP | 8/19/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Northern | 1:14-cv-01872-PAG | 8/23/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Northern | 1:14-cv-01873-JG | 8/24/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Northern | 1:14-cv-01875-DAP | 8/24/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Northern | 1:14-cv-01876-DCN | 8/24/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Northern | 1:14-cv-01904-BYP | 8/27/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Northern | 1:14-cv-01910-SL | 8/28/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Northern | 1:14-cv-01916-BYP | 8/28/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Northern | 1:14-cv-01917-BYP | 8/28/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Northern | 1:14-cv-01918-JG | 8/28/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Northern | 1:14-cv-01920-DCN | 8/28/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Northern | 1:14-cv-01922-JG | 8/28/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Northern | 3:14-cv-01388-JZ | 6/24/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Northern | 3:14-cv-01421-JZ | 6/28/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Northern | 3:14-cv-01428-JZ | 6/29/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Northern | 3:14-cv-01429-JZ | 6/29/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Northern | 3:14-cv-01430-JZ | 6/29/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Northern | 3:14-cv-01431-JZ | 6/29/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Northern | 3:14-cv-01432-JZ | 6/30/2014 | Not Served | Pro Se | Pending Discovery |

| District | Case Number | Date Filed | Service Status | Representation | Status |
|---|---|---|---|---|---|
| Ohio Northern | 3:14-cv-01433-JZ | 6/30/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Northern | 3:14-cv-01434-JZ | 6/30/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Northern | 3:14-cv-01436-JZ | 6/30/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Northern | 4:14-cv-01874-JRA | 8/24/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Northern | 4:14-cv-01879-BYP | 8/25/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Northern | 5:14-cv-01836-SL | 8/19/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Northern | 5:14-cv-01842-SL | 8/19/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Northern | 5:14-cv-01844-SL | 8/19/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Northern | 5:14-cv-01870-SL | 8/23/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Northern | 5:14-cv-01871-SL | 8/23/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Northern | 5:14-cv-01888-JRA | 8/26/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Northern | 5:14-cv-01905-JRA | 8/27/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Northern | 5:14-cv-01906-JRA | 8/27/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Northern | 5:14-cv-01907-BYP | 8/27/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Northern | 5:14-cv-01908-SL | 8/27/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Northern | 5:14-cv-01909-SL | 8/28/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Northern | 5:14-cv-01911-JRA | 8/28/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Southern | 1:14-cv-00364-TSB | 5/5/2014 | Not Served | Pro Se | Dismissed Due to Hardship |
| Ohio Southern | 1:14-cv-00370-TSB | 5/6/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Southern | 1:14-cv-00371-TSB | 5/6/2014 | Not Served | Pro Se | Dismissed Due to Hardship |
| Ohio Southern | 1:14-cv-00383-TSB | 5/10/2014 | Not Served | Represented | Pending Discovery |
| Ohio Southern | 1:14-cv-00384-TSB | 5/13/2014 | Not Served | Pro Se | Unable to Identify Infringer |
| Ohio Southern | 1:14-cv-00394-TSB | 5/13/2014 | Not Served | Represented | Settled |
| Ohio Southern | 1:14-cv-00402-TSB | 5/14/2014 | Not Served | Pro Se | Dismissed Due to Inability to Serve |
| Ohio Southern | 1:14-cv-00414-TSB | 5/17/2014 | Not Served | Represented | Settled |
| Ohio Southern | 1:14-cv-00415-TSB | 5/17/2014 | Not Served | Represented | Dismissed Due to Relocation |
| Ohio Southern | 1:14-cv-00416-TSB | 5/17/2014 | Not Served | Pro Se | Unable to Identify Infringer |
| Ohio Southern | 1:14-cv-00417-TSB | 5/17/2014 | Not Served | Pro Se | Preparing to Serve |
| Ohio Southern | 1:14-cv-00487-TSB | 6/12/2014 | Not Served | Represented | Settled |
| Ohio Southern | 1:14-cv-00488-TSB | 6/12/2014 | Not Served | Represented | Settled |
| Ohio Southern | 1:14-cv-00490-TSB | 6/12/2014 | Not Served | Pro Se | Dismissed Due to Hardship |
| Ohio Southern | 1:14-cv-00491-TSB | 6/12/2014 | Not Served | Represented | Settled |
| Ohio Southern | 1:14-cv-00492-TSB | 6/12/2014 | Not Served | Pro Se | Preparing to Serve |
| Ohio Southern | 1:14-cv-00493-TSB | 6/13/2014 | Not Served | Represented | Pending Discovery |

| | | | | | |
|---|---|---|---|---|---|
| Ohio Southern | 1:14-cv-00494-TSB | 6/13/2014 | Not Served | Pro Se | Failed Lookup |
| Ohio Southern | 1:14-cv-00495-TSB | 6/13/2014 | Not Served | Pro Se | Unable to Identify Infringer |
| Ohio Southern | 1:14-cv-00556-TSB-SKB | 7/8/2014 | Not Served | Pro Se | Preparing to Serve |
| Ohio Southern | 1:14-cv-00557-TSB | 7/8/2014 | Not Served | Pro Se | Investigating |
| Ohio Southern | 1:14-cv-00558-TSB | 7/8/2014 | Not Served | Pro Se | Investigating |
| Ohio Southern | 1:14-cv-00563-TSB-SKB | 7/8/2014 | Not Served | Pro Se | Failed Lookup |
| Ohio Southern | 1:14-cv-00564-TSB-SKB | 7/8/2014 | Not Served | Pro Se | Failed Lookup |
| Ohio Southern | 1:14-cv-00565-TSB | 7/8/2014 | Not Served | Pro Se | Investigating |
| Ohio Southern | 1:14-cv-00568-MRB | 7/9/2014 | Not Served | Pro Se | Investigating |
| Ohio Southern | 1:14-cv-00569-MRB | 7/9/2014 | Not Served | Pro Se | Investigating |
| Ohio Southern | 1:14-cv-00571-TSB | 7/10/2014 | Not Served | Pro Se | Failed Lookup |
| Ohio Southern | 1:14-cv-00573-TSB-KLL | 7/10/2014 | Not Served | Pro Se | Preparing to Serve |
| Ohio Southern | 1:14-cv-00574-TSB | 7/10/2014 | Not Served | Pro Se | Investigating |
| Ohio Southern | 1:14-cv-00575-TSB | 7/10/2014 | Not Served | Pro Se | Investigating |
| Ohio Southern | 1:14-cv-00577-TSB-KLL | 7/10/2014 | Not Served | Pro Se | Failed Lookup |
| Ohio Southern | 1:14-cv-00706-TSB | 9/5/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Southern | 1:14-cv-00707-TSB | 9/5/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Southern | 1:14-cv-00708-TSB | 9/5/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Southern | 1:14-cv-00717-TSB | 9/9/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Southern | 1:14-cv-00718-TSB | 9/9/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Southern | 1:14-cv-00720-TSB | 9/10/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Southern | 1:14-cv-00725-TSB-SKB | 9/11/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Southern | 1:14-cv-00726-TSB-SKB | 9/11/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Southern | 1:14-cv-00727-TSB | 9/11/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Southern | 1:14-cv-00728-TSB-SKB | 9/11/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Southern | 2:14-cv-00416-JLG-TPK | 5/5/2014 | Not Served | Represented | Settled |
| Ohio Southern | 2:14-cv-00418-JLG-TPK | 5/5/2014 | Not Served | Pro Se | Dismissed Due to Hardship |
| Ohio Southern | 2:14-cv-00420-JLG-TPK | 5/5/2014 | Not Served | Represented | Settled |
| Ohio Southern | 2:14-cv-00421-JLG-TPK | 5/5/2014 | Not Served | Represented | Settled |
| Ohio Southern | 2:14-cv-00424-JLG-TPK | 5/6/2014 | Not Served | Represented | Settled |
| Ohio Southern | 2:14-cv-00443-JLG-TPK | 5/13/2014 | Not Served | Pro Se | Preparing to Serve |
| Ohio Southern | 2:14-cv-00456-JLG-TPK | 5/15/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Southern | 2:14-cv-00457-JLG-TPK | 5/15/2014 | Not Served | Pro Se | Dismissed Due to Hardship |
| Ohio Southern | 2:14-cv-00458-JLG-TPK | 5/16/2014 | Not Served | Pro Se | Dismissed Due to Hardship |

| | | | | | |
|---|---|---|---|---|---|
| Ohio Southern | 2:14-cv-00459-JLG-TPK | 5/16/2014 | Not Served | Pro Se | Settled |
| Ohio Southern | 2:14-cv-00463-JLG-TPK | 5/16/2014 | 9/7/2014 | Pro Se | Served Pending Answer |
| Ohio Southern | 2:14-cv-00464-JLG-TPK | 5/16/2014 | Not Served | Pro Se | Dismissed Due to Inability to Serve |
| Ohio Southern | 2:14-cv-00465-JLG-TPK | 5/16/2014 | Not Served | Pro Se | Unable to Identify Infringer |
| Ohio Southern | 2:14-cv-00466-JLG-TPK | 5/17/2014 | Not Served | Pro Se | Unable to Identify Infringer |
| Ohio Southern | 2:14-cv-00467-JLG-TPK | 5/17/2014 | Not Served | Pro Se | Unable to Identify Infringer |
| Ohio Southern | 2:14-cv-00468-JLG-TPK | 5/17/2014 | Not Served | Represented | Settled |
| Ohio Southern | 2:14-cv-00469-JLG-TPK | 5/17/2014 | Not Served | Represented | Settled |
| Ohio Southern | 2:14-cv-00557-JLG-TPK | 6/12/2014 | Not Served | Pro Se | Failed Lookup |
| Ohio Southern | 2:14-cv-00558-JLG-TPK | 6/12/2014 | Not Served | Pro Se | Preparing to Serve |
| Ohio Southern | 2:14-cv-00559-JLG-TPK | 6/12/2014 | Not Served | Pro Se | Preparing to Serve |
| Ohio Southern | 2:14-cv-00560-JLG-TPK | 6/12/2014 | Not Served | Pro Se | Preparing to Serve |
| Ohio Southern | 2:14-cv-00563-MHW-TPK | 6/12/2014 | Not Served | Represented | Settled |
| Ohio Southern | 2:14-cv-00564-JLG-TPK | 6/12/2014 | Not Served | Represented | Settled |
| Ohio Southern | 2:14-cv-00568-MHW-TPK | 6/13/2014 | Not Served | Represented | Settled |
| Ohio Southern | 2:14-cv-00569-MHW-NMK | 6/13/2014 | Not Served | Pro Se | Preparing to Serve |
| Ohio Southern | 2:14-cv-00570-EAS-EPD | 6/13/2014 | Not Served | Pro Se | Unable to Identify Infringer |
| Ohio Southern | 2:14-cv-00804-ALM-MRA | 7/9/2014 | Not Served | Represented | Negotiating |
| Ohio Southern | 2:14-cv-00805-EAS-MRA | 7/9/2014 | Not Served | Pro Se | Pending Investigation |
| Ohio Southern | 2:14-cv-00806-MHW-EPD | 7/9/2014 | Not Served | Represented | Settled |
| Ohio Southern | 2:14-cv-00814-MHW-EPD | 7/11/2014 | Not Served | Pro Se | Pending Investigation |
| Ohio Southern | 2:14-cv-00815-EAS-NMK | 7/11/2014 | Not Served | Represented | Settled |
| Ohio Southern | 2:14-cv-00816-MHW-TPK | 7/11/2014 | Not Served | Represented | Settled |
| Ohio Southern | 2:14-cv-00817-MHW-NMK | 7/11/2014 | Not Served | Pro Se | Pending Investigation |
| Ohio Southern | 2:14-cv-00818-GLF-TPK | 7/11/2014 | Not Served | Represented | Settled |
| Ohio Southern | 2:14-cv-00819-ALM-NMK | 7/12/2014 | Not Served | Represented | Unable to Identify Infringer |
| Ohio Southern | 2:14-cv-00820-EAS-MRA | 7/12/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Southern | 2:14-cv-00821-ALM-TPK | 7/12/2014 | Not Served | Pro Se | Pending Investigation |
| Ohio Southern | 2:14-cv-00822-ALM-TPK | 7/13/2014 | Not Served | Pro Se | Pending Investigation |
| Ohio Southern | 2:14-cv-00823-MHW-TPK | 7/13/2014 | Not Served | Represented | Settled |
| Ohio Southern | 2:14-cv-00824-ALM-NMK | 7/14/2014 | Not Served | Pro Se | Pending Investigation |
| Ohio Southern | 2:14-cv-00825-GLF-MRA | 7/14/2014 | Not Served | Pro Se | Pending Investigation |
| Ohio Southern | 2:14-cv-00828-GLF-EPD | 7/14/2014 | Not Served | Pro Se | Pending Investigation |
| Ohio Southern | 2:14-cv-00829-GLF-MRA | 7/14/2014 | Not Served | Pro Se | Pending Investigation |

| | | | | | |
|---|---|---|---|---|---|
| Ohio Southern | 2:14-cv-00830-EAS-EPD | 7/14/2014 | Not Served | Pro Se | Pending Investigation |
| Ohio Southern | 2:14-cv-00831-MHW-NMK | 7/14/2014 | Not Served | Pro Se | Pending Investigation |
| Ohio Southern | 2:14-cv-00834-ALM-EPD | 7/14/2014 | Not Served | Pro Se | Pending Investigation |
| Ohio Southern | 2:14-cv-00835-ALM-MRA | 7/14/2014 | Not Served | Pro Se | Pending Investigation |
| Ohio Southern | 2:14-cv-00836-MHW-EPD | 7/14/2014 | Not Served | Pro Se | Pending Investigation |
| Ohio Southern | 2:14-cv-00837-MHW-TPK | 7/14/2014 | Not Served | Pro Se | Pending Investigation |
| Ohio Southern | 2:14-cv-01126-MHW-EPD | 8/6/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Southern | 2:14-cv-01127-ALM-MRA | 8/6/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Southern | 2:14-cv-01128-EAS-EPD | 8/6/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Southern | 2:14-cv-01130-MHW-TPK | 8/6/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Southern | 2:14-cv-01132-GLF-NMK | 8/6/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Southern | 2:14-cv-01133-EAS-TPK | 8/6/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Southern | 2:14-cv-01134-EAS-NMK | 8/6/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Southern | 2:14-cv-01135-EAS-TPK | 8/6/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Southern | 2:14-cv-01136-MHW-NMK | 8/6/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Southern | 2:14-cv-01137-EAS-MRA | 8/6/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Southern | 2:14-cv-01138-GLF-MRA | 8/6/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Southern | 2:14-cv-01140-GLF-TPK | 8/6/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Southern | 2:14-cv-01520-EAS-MRA | 9/10/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Southern | 2:14-cv-01521-ALM-NMK | 9/10/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Southern | 2:14-cv-01527-ALM-NMK | 9/10/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Southern | 2:14-cv-01528-ALM-NMK | 9/11/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Southern | 2:14-cv-01530-ALM-EPD | 9/11/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Southern | 2:14-cv-01531-ALM-EPD | 9/11/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Southern | 2:14-cv-01532-EAS-TPK | 9/11/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Southern | 2:14-cv-01533-MHW-TPK | 9/11/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Southern | 2:14-cv-01534-GLF-EPD | 9/11/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Southern | 3:14-cv-00136-WHR | 5/6/2014 | Not Served | Represented | Negotiating |
| Ohio Southern | 3:14-cv-00137-WHR | 5/6/2014 | Not Served | Pro Se | Pending Investigation |
| Ohio Southern | 3:14-cv-00150-TMR | 5/14/2014 | Not Served | Represented | Settled |
| Ohio Southern | 3:14-cv-00151-TMR | 5/14/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Southern | 3:14-cv-00154-WHR | 5/16/2014 | Not Served | Pro Se | Pending Investigation |
| Ohio Southern | 3:14-cv-00155-WHR | 5/17/2014 | Not Served | Represented | Settled |
| Ohio Southern | 3:14-cv-00156-WHR | 5/17/2014 | Not Served | Represented | Settled |

| | | | | | |
|---|---|---|---|---|---|
| Ohio Southern | 3:14-cv-00183-TMR | 6/12/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Southern | 3:14-cv-00184-TMR | 6/12/2014 | Not Served | Pro Se | Pending Discovery |
| Ohio Southern | 3:14-cv-00186-WHR | 6/13/2014 | Not Served | Represented | Negotiating |

Total Suits Filed in Ohio: 172