| District | Docket | Filed | Served | Answered |
| --- | --- | --- | --- | --- |
| California Southern | 3:13-cv-00435-JAH-WMC | 2/25/2013 | 9/26/2013 | 11/14/2013 |
| California Southern | 3:13-cv-00437-LAB-DHB | 2/25/2013 | 11/1/2013 | 11/14/2013 |
| Colorado | 1:13-cv-00308-WYD-MEH | 2/5/2013 | 6/5/2013 | |
| Colorado | 1:13-cv-00310-WYD-MEH | 2/5/2013 | 5/18/2013 | 7/10/2013 |
| Colorado | 1:13-cv-00311-WYD-MEH | 2/5/2013 | 6/3/2013 | 8/22/2013 |
| Colorado | 1:13-cv-00312-WYD-MEH | 2/5/2013 | 5/24/2013 | |
| Colorado | 1:13-cv-00314-WYD-MEH | 2/5/2013 | 6/29/2013 | |
| Colorado | 1:13-cv-00315-WYD-MEH | 2/5/2013 | 5/29/2013 | |
| Colorado | 1:13-cv-00316-WYD-MEH | 2/5/2013 | 8/21/2013 | 9/11/2013 |
| Colorado | 1:13-cv-00319-WYD-MEH | 2/5/2013 | 6/3/2013 | 6/19/2013 |
| Colorado | 1:13-cv-00320-WYD-MEH | 2/5/2013 | 5/29/2013 | |
| Colorado | 1:13-cv-00426-WYD-MEH | 2/18/2013 | 5/22/2013 | |
| Colorado | 1:13-cv-00427-WYD-MEH | 2/18/2013 | 5/24/2013 | 6/11/2013 |
| Colorado | 1:13-cv-00641-WYD-MEH | 3/11/2013 | 7/2/2013 | |
| Colorado | 1:13-cv-00643-WYD-MEH | 3/11/2013 | 6/18/2013 | |
| Colorado | 1:13-cv-00740-WYD-MEH | 3/21/2013 | 6/16/2013 | |
| Colorado | 1:13-cv-00742-WYD-MEH | 3/21/2013 | 6/8/2013 | |
| Colorado | 1:13-cv-00743-WYD-MEH | 3/21/2013 | 7/17/2013 | |
| Colorado | 1:13-cv-00977-WYD-MEH | 4/16/2013 | 8/18/2013 | |
| Colorado | 1:13-cv-00978-WYD-MEH | 4/16/2013 | 9/25/2013 | |
| Colorado | 1:13-cv-00981-WYD-MEH | 4/16/2013 | 7/26/2013 | 9/25/2013 |
| Colorado | 1:13-cv-00998-WYD-MEH | 4/17/2013 | 8/12/2013 | 8/29/2013 |
| Colorado | 1:13-cv-01001-WYD-MEH | 4/17/2013 | 7/24/2013 | |
| Colorado | 1:13-cv-01004-WYD-MEH | 4/17/2013 | 7/23/2013 | |
| Colorado | 1:13-cv-01006-WYD-MEH | 4/17/2013 | 7/31/2013 | 8/21/2013 |
| Colorado | 1:13-cv-01007-WYD-MEH | 4/17/2013 | 7/25/2013 | |
| Colorado | 1:13-cv-01021-WYD-MEH | 4/18/2013 | 8/3/2013 | |
| Colorado | 1:13-cv-01025-WYD-MEH | 4/18/2013 | 7/20/2013 | |
| Colorado | 1:13-cv-01030-WYD-MEH | 4/18/2013 | 7/25/2013 | |
| Colorado | 1:13-cv-01523-WYD-MEH | 6/13/2013 | 10/13/2013 | 11/13/2013 |
| Colorado | 1:13-cv-01525-WYD-MEH | 6/13/2013 | 10/9/2013 | 10/29/2013 |
| Colorado | 1:13-cv-01535-WYD-MEH | 6/13/2013 | 10/2/2013 | |
| Colorado | 1:13-cv-01538-WYD-MEH | 6/14/2013 | 9/19/2013 | 1/9/2014 |
| Colorado | 1:13-cv-01539-WYD-MEH | 6/14/2013 | 9/24/2013 | |
| Colorado | 1:13-cv-01540-WYD-MEH | 6/14/2013 | 9/18/2013 | |
| Colorado | 1:13-cv-01542-WYD-MEH | 6/14/2013 | 11/3/2013 | |
| Colorado | 1:13-cv-01544-WYD-MEH | 6/14/2013 | 9/18/2013 | |
| Colorado | 1:13-cv-01548-WYD-MEH | 6/14/2013 | 9/8/2013 | |
| Colorado | 1:13-cv-01553-WYD-MEH | 6/14/2013 | 9/7/2013 | 9/25/2013 |
| Colorado | 1:13-cv-01556-WYD-MEH | 6/14/2013 | 9/17/2013 | |
| Colorado | 1:13-cv-01558-WYD-MEH | 6/14/2013 | 9/26/2013 | |
| Colorado | 1:13-cv-01560-WYD-MEH | 6/14/2013 | 9/12/2013 | 9/24/2013 |
| Colorado | 1:13-cv-02354-WYD-MEH | 9/3/2013 | 12/8/2013 | |
| Colorado | 1:13-cv-02356-WYD-MEH | 9/3/2013 | 12/1/2013 | |
| Colorado | 1:13-cv-02357-WYD-MEH | 9/3/2013 | 12/15/2013 | 1/6/2014 |
| Colorado | 1:13-cv-02362-WYD-MEH | 9/3/2013 | 2/1/2014 | 2/24/2014 |

| | | | | |
|---|---|---|---|---|
| Colorado | 1:13-cv-02364-WYD-MEH | 9/3/2013 | 2/26/2014 | 3/28/2014 |
| Colorado | 1:13-cv-02366-WYD-MEH | 9/3/2013 | 12/7/2013 | |
| Colorado | 1:13-cv-02367-WYD-MEH | 9/3/2013 | 12/15/2013 | |
| Colorado | 1:13-cv-02370-WYD-MEH | 9/3/2013 | 11/24/2013 | |
| Colorado | 1:13-cv-02371-WYD-MEH | 9/3/2013 | 11/29/2013 | |
| Colorado | 1:13-cv-02385-WYD-MEH | 9/3/2013 | 12/16/2013 | 2/5/2014 |
| Colorado | 1:13-cv-02388-WYD-MEH | 9/3/2013 | 12/1/2013 | |
| Colorado | 1:13-cv-02390-WYD-MEH | 9/3/2013 | 12/1/2013 | |
| Colorado | 1:13-cv-02394-WYD-MEH | 9/3/2013 | 12/3/2013 | 2/3/2014 |
| Colorado | 1:13-cv-02689-WYD-MEH | 10/3/2013 | 3/26/2014 | 7/9/2014 |
| Colorado | 1:13-cv-02691-WYD-MEH | 10/3/2013 | 1/16/2014 | 3/17/2014 |
| Colorado | 1:13-cv-02693-WYD-MEH | 10/3/2013 | 2/10/2014 | |
| Colorado | 1:13-cv-02695-WYD-MEH | 10/3/2013 | 1/23/2014 | 3/3/2014 |
| Colorado | 1:13-cv-02698-WYD-MEH | 10/3/2013 | 1/11/2014 | 3/6/2014 |
| Colorado | 1:13-cv-02705-WYD-MEH | 10/3/2013 | 2/9/2014 | |
| Colorado | 1:13-cv-02707-WYD-MEH | 10/3/2013 | 1/10/2014 | 2/12/2014 |
| Colorado | 1:13-cv-02709-WYD-MEH | 10/3/2013 | 1/10/2014 | |
| Colorado | 1:13-cv-02710-WYD-MEH | 10/3/2013 | 1/29/2014 | |
| Colorado | 1:13-cv-02774-WYD-MEH | 10/11/2013 | 2/5/2014 | |
| Colorado | 1:13-cv-02775-WYD-MEH | 10/11/2013 | 1/26/2014 | |
| Colorado | 1:13-cv-02781-WYD-MEH | 10/11/2013 | 1/21/2014 | 2/11/2014 |
| Colorado | 1:13-cv-02783-WYD-MEH | 10/11/2013 | 2/2/2014 | 3/24/2014 |
| Colorado | 1:13-cv-02785-WYD-MEH | 10/11/2013 | 2/10/2014 | |
| Colorado | 1:13-cv-02787-WYD-MEH | 10/11/2013 | 1/21/2014 | 3/3/2014 |
| Colorado | 1:13-cv-02797-WYD-MEH | 10/11/2013 | 2/11/2014 | |
| Colorado | 1:13-cv-03165-WYD-MEH | 11/21/2013 | 3/18/2014 | 4/11/2014 |
| Colorado | 1:13-cv-03169-WYD-MEH | 11/21/2013 | 5/14/2014 | |
| Colorado | 1:13-cv-03171-WYD-MEH | 11/21/2013 | 1/16/2014 | 3/20/2014 |
| Colorado | 1:13-cv-03174-WYD-MEH | 11/21/2013 | 2/25/2014 | 4/11/2014 |
| Colorado | 1:13-cv-03183-WYD-MEH | 11/21/2013 | 4/5/2014 | 6/18/2014 |
| Colorado | 1:13-cv-03184-WYD-MEH | 11/21/2013 | 4/16/2014 | 5/5/2014 |
| Colorado | 1:13-cv-03190-WYD-MEH | 11/21/2013 | 4/16/2014 | |
| Colorado | 1:13-cv-03350-WYD-MEH | 12/12/2013 | 4/26/2014 | |
| Colorado | 1:13-cv-03351-WYD-MEH | 12/12/2013 | 4/27/2014 | 6/17/2014 |
| Colorado | 1:13-cv-03354-WYD-MEH | 12/12/2013 | 4/13/2014 | |
| Colorado | 1:13-cv-03356-WYD-MEH | 12/12/2013 | 5/18/2014 | |
| Colorado | 1:13-cv-03357-WYD-MEH | 12/12/2013 | 5/14/2014 | |
| Colorado | 1:13-cv-03358-WYD-MEH | 12/12/2013 | 5/3/2014 | 6/30/2014 |
| Colorado | 1:13-cv-03359-WYD-MEH | 12/12/2013 | 6/8/2014 | |
| Colorado | 1:14-cv-00179-WYD-MEH | 1/22/2014 | 5/10/2014 | |
| Colorado | 1:14-cv-00180-WYD-MEH | 1/22/2014 | 5/5/2014 | |
| Colorado | 1:14-cv-00255-WYD-MEH | 1/29/2014 | 5/18/2014 | |
| Colorado | 1:14-cv-00256-WYD-MEH | 1/29/2014 | 5/23/2014 | |
| Colorado | 1:14-cv-00262-WYD-MEH | 1/29/2014 | 5/27/2014 | 7/17/2014 |
| Colorado | 1:14-cv-00761-WYD-MEH | 3/14/2014 | 8/10/2014 | |
| Colorado | 1:14-cv-01047-WYD-MEH | 4/14/2014 | 8/16/2014 | |
| Colorado | 1:14-cv-01050-WYD-MEH | 4/14/2014 | 8/1/2014 | |

| | | | | |
|---|---|---|---|---|
| Colorado | 1:14-cv-01215-WYD-MEH | 4/29/2014 | 8/15/2014 | |
| Colorado | 1:14-cv-01222-WYD-MEH | 4/29/2014 | 8/24/2014 | |
| Colorado | 1:14-cv-01366-WYD-MEH | 5/16/2014 | 9/2/2014 | |
| District of Columbia | 1:13-cv-00270-BAH | 3/1/2013 | 6/27/2013 | |
| District of Columbia | 1:13-cv-00808-CKK | 5/31/2013 | 10/15/2013 | |
| District of Columbia | 1:14-cv-00122-JEB-JMF | 1/30/2014 | 6/14/2014 | |
| Florida Middle | 2:13-cv-00729-JES-DNF | 10/16/2013 | 2/7/2014 | 2/25/2014 |
| Florida Middle | 2:13-cv-00834-SPC-DNF | 11/26/2013 | 4/14/2014 | 4/29/2014 |
| Florida Middle | 2:13-cv-00835-JES-DNF | 11/26/2013 | 6/7/2014 | |
| Florida Middle | 2:13-cv-00883-SPC-UAM | 12/20/2013 | 6/3/2014 | 6/25/2014 |
| Florida Middle | 2:14-cv-00154-JES-CM | 3/17/2014 | 9/6/2014 | |
| Florida Middle | 6:13-cv-00546-CEH-DAB | 4/4/2013 | 7/20/2013 | 8/7/2013 |
| Florida Middle | 6:13-cv-01956-CEM-KRS | 12/20/2013 | 7/10/2014 | |
| Florida Middle | 6:13-cv-01959-CEM-KRS | 12/20/2013 | 6/24/2014 | 7/15/2014 |
| Florida Middle | 6:13-cv-01960-CEM-KRS | 12/20/2013 | 6/20/2014 | 7/11/2014 |
| Florida Middle | 8:13-cv-00467-VMC-TBM | 2/20/2013 | 8/3/2013 | |
| Florida Middle | 8:13-cv-00468-JSM-AEP | 2/20/2013 | 7/10/2013 | |
| Florida Middle | 8:13-cv-00470-JDW-MAP | 2/20/2013 | 8/26/2013 | |
| Florida Middle | 8:13-cv-00471-JSM-EAJ | 2/20/2013 | 5/14/2013 | 6/26/2013 |
| Florida Middle | 8:13-cv-00472-JDW-EAJ | 2/20/2013 | 5/15/2013 | 6/11/2013 |
| Florida Middle | 8:13-cv-00854-MSS-TBM | 4/4/2013 | 8/20/2013 | |
| Florida Middle | 8:13-cv-00855-MSS-TBM | 4/4/2013 | 8/26/2013 | |
| Florida Middle | 8:13-cv-00858-JDW-AEP | 4/4/2013 | 8/31/2013 | |
| Florida Middle | 8:13-cv-02664-MSS-MAP | 10/16/2013 | 1/25/2014 | |
| Florida Middle | 8:13-cv-02665-RAL-MAP | 10/16/2013 | 1/22/2014 | 4/7/2014 |
| Florida Middle | 8:13-cv-03007-JSM-TBM | 11/26/2013 | 5/21/2014 | 8/15/2014 |
| Florida Middle | 8:13-cv-03008-JSM-MAP | 11/26/2013 | 5/26/2014 | |
| Florida Middle | 8:13-cv-03013-SCB-EAJ | 11/26/2013 | 5/16/2014 | 6/5/2014 |
| Florida Middle | 8:13-cv-03209-JDW-AEP | 12/20/2013 | 5/9/2014 | 6/9/2014 |
| Florida Middle | 8:14-cv-00660-VMC-AEP | 3/18/2014 | 8/22/2014 | |
| Florida Middle | 8:14-cv-00665-JDW-AEP | 3/17/2014 | 6/21/2014 | |
| Florida Middle | 8:14-cv-00666-JSM-MAP | 3/17/2014 | 7/25/2014 | |
| Florida Middle | 8:14-cv-00875-JDW-AEP | 4/14/2014 | 8/19/2014 | |
| Florida Middle | 8:14-cv-00876-JSM-AEP | 4/14/2014 | 7/26/2014 | |
| Florida Middle | 8:14-cv-00877-JSM-TGW | 4/14/2014 | 8/30/2014 | |
| Florida Southern | 0:13-cv-61023-JIC | 5/2/2013 | 7/25/2013 | |
| Florida Southern | 0:13-cv-61024-WPD | 5/2/2013 | 9/10/2013 | |
| Florida Southern | 0:13-cv-62239-RNS | 10/14/2013 | 1/23/2014 | |
| Florida Southern | 0:14-cv-60137-WJZ | 1/20/2014 | 6/17/2014 | |
| Florida Southern | 1:13-cv-21578-JAL | 5/2/2013 | 8/5/2013 | 8/22/2013 |
| Florida Southern | 1:13-cv-21582-CMA | 5/2/2013 | 8/8/2013 | |
| Florida Southern | 1:13-cv-23709-CMA | 10/14/2013 | 1/16/2014 | |
| Florida Southern | 1:14-cv-20393-CMA | 1/31/2014 | 8/14/2014 | |
| Florida Southern | 4:13-cv-10100-JLK | 5/2/2013 | 8/31/2013 | |
| Florida Southern | 9:13-cv-80178-KLR | 2/20/2013 | 5/7/2013 | |
| Florida Southern | 9:13-cv-80180-KAM | 2/20/2013 | 5/9/2013 | 8/1/2013 |
| Florida Southern | 9:13-cv-80182-RNS | 2/20/2013 | 5/9/2013 | |


| | | | | |
|---|---|---|---|---|
| Florida Southern | 9:13-cv-81255-KAM | 12/4/2013 | 4/8/2014 | |
| Florida Southern | 9:14-cv-80076-RLR | 1/20/2014 | 5/27/2014 | 7/1/2014 |
| Illinois Central | 1:13-cv-01074-JES-JAG | 2/18/2013 | 5/13/2013 | |
| Illinois Central | 1:13-cv-01075-JES-JAG | 2/18/2013 | 5/10/2013 | |
| Illinois Central | 1:13-cv-01096-JES-JAG | 3/4/2013 | 6/14/2013 | 7/3/2013 |
| Illinois Northern | 1:13-cv-00863 | 2/4/2013 | 5/29/2013 | 6/24/2013 |
| Illinois Northern | 1:13-cv-00878 | 2/4/2013 | 5/12/2013 | |
| Illinois Northern | 1:13-cv-00883 | 2/4/2013 | 6/1/2013 | |
| Illinois Northern | 1:13-cv-00891 | 2/4/2013 | 5/29/2013 | |
| Illinois Northern | 1:13-cv-00902 | 2/5/2013 | 5/30/2013 | |
| Illinois Northern | 1:13-cv-00913 | 2/5/2013 | 6/11/2013 | 7/15/2013 |
| Illinois Northern | 1:13-cv-00915 | 2/5/2013 | 5/27/2013 | |
| Illinois Northern | 1:13-cv-02427 | 4/1/2013 | 8/4/2013 | |
| Illinois Northern | 1:13-cv-02506 | 4/3/2013 | 7/11/2013 | |
| Illinois Northern | 1:13-cv-02507 | 4/3/2013 | 7/30/2013 | 8/15/2013 |
| Illinois Northern | 1:13-cv-02614 | 4/8/2013 | 8/18/2013 | |
| Illinois Northern | 1:13-cv-02659 | 4/9/2013 | 8/31/2013 | |
| Illinois Northern | 1:13-cv-02702 | 4/10/2013 | 10/3/2013 | 11/13/2013 |
| Illinois Northern | 1:13-cv-02704 | 4/10/2013 | 7/17/2013 | |
| Illinois Northern | 1:13-cv-02706 | 4/10/2013 | 8/24/2013 | |
| Illinois Northern | 1:13-cv-02708 | 4/10/2013 | 9/27/2013 | |
| Illinois Northern | 1:13-cv-02710 | 4/10/2013 | 7/21/2013 | 8/15/2013 |
| Illinois Northern | 1:13-cv-03644 | 5/16/2013 | 11/7/2013 | |
| Illinois Northern | 1:13-cv-03647 | 5/16/2013 | 9/2/2013 | |
| Illinois Northern | 1:13-cv-03648 | 5/16/2013 | 10/3/2013 | 11/13/2013 |
| Illinois Northern | 1:13-cv-03696 | 5/17/2013 | 9/10/2013 | |
| Illinois Northern | 1:13-cv-03700 | 5/17/2013 | 10/28/2013 | |
| Illinois Northern | 1:13-cv-03707 | 5/17/2013 | 10/3/2013 | 11/13/2013 |
| Illinois Northern | 1:13-cv-04975 | 7/11/2013 | 10/17/2013 | |
| Illinois Northern | 1:13-cv-06296 | 9/4/2013 | 1/14/2014 | |
| Illinois Northern | 1:13-cv-06312 | 9/4/2013 | 11/5/2013 | 11/12/2013 |
| Illinois Northern | 1:13-cv-06316 | 9/4/2013 | 12/11/2013 | |
| Illinois Northern | 1:13-cv-06318 | 9/4/2013 | 12/3/2013 | 2/19/2014 |
| Illinois Northern | 1:13-cv-06320 | 9/4/2013 | 12/12/2013 | 12/31/2013 |
| Illinois Northern | 1:13-cv-06323 | 9/4/2013 | 2/2/2014 | |
| Illinois Northern | 1:13-cv-06417 | 9/8/2013 | 12/28/2013 | 1/31/2014 |
| Illinois Northern | 1:13-cv-07118 | 10/4/2013 | 1/15/2014 | |
| Illinois Northern | 1:13-cv-07132 | 10/4/2013 | 3/22/2014 | |
| Illinois Northern | 1:13-cv-07135 | 10/4/2013 | 3/16/2014 | |
| Illinois Northern | 1:13-cv-07139 | 10/4/2013 | 1/13/2014 | |
| Illinois Northern | 1:13-cv-07314 | 10/11/2013 | 1/14/2014 | |
| Illinois Northern | 1:13-cv-07752 | 10/29/2013 | 3/27/2014 | 4/23/2014 |
| Illinois Northern | 1:13-cv-07755 | 10/29/2013 | 5/26/2014 | |
| Illinois Northern | 1:13-cv-07871 | 11/2/2013 | 7/6/2014 | |
| Illinois Northern | 1:13-cv-08061 | 11/11/2013 | 6/16/2014 | |
| Illinois Northern | 1:13-cv-08319 | 11/19/2013 | 3/23/2014 | |
| Illinois Northern | 1:13-cv-08335 | 11/19/2013 | 7/28/2014 | |

| | | | | |
|---|---|---|---|---|
| Illinois Northern | 1:13-cv-08337 | 11/19/2013 | 3/23/2014 | 4/9/2014 |
| Illinois Northern | 1:13-cv-08473 | 11/23/2013 | 3/23/2014 | |
| Illinois Northern | 1:14-cv-00077 | 1/7/2014 | 5/4/2014 | |
| Illinois Northern | 1:14-cv-00086 | 1/7/2014 | 7/12/2014 | 7/30/2014 |
| Illinois Northern | 1:14-cv-00088 | 1/7/2014 | 5/21/2014 | 6/5/2014 |
| Illinois Northern | 1:14-cv-00090 | 1/7/2014 | 6/28/2014 | 7/29/2014 |
| Illinois Northern | 1:14-cv-00094 | 1/7/2014 | 6/19/2014 | |
| Illinois Northern | 1:14-cv-00100 | 1/7/2014 | 7/14/2014 | |
| Illinois Northern | 1:14-cv-00703 | 1/30/2014 | 8/18/2014 | |
| Illinois Northern | 1:14-cv-01137 | 2/18/2014 | 8/20/2014 | |
| Illinois Northern | 1:14-cv-01141 | 2/18/2014 | 5/28/2014 | |
| Illinois Northern | 1:14-cv-01143 | 2/18/2014 | 5/31/2014 | |
| Illinois Northern | 1:14-cv-04395 | 6/12/2014 | 8/31/2014 | |
| Illinois Northern | 3:13-cv-50357 | 11/11/2013 | 6/28/2014 | |
| Indiana Northern | 1:13-cv-00030-PPS-RBC | 2/5/2013 | 5/6/2013 | 6/28/2013 |
| Indiana Northern | 1:13-cv-00071-RLM-RBC | 3/14/2013 | 11/25/2013 | 12/16/2013 |
| Indiana Northern | 1:13-cv-00122-JVB-RBC | 4/19/2013 | 7/7/2013 | |
| Indiana Northern | 1:13-cv-00123-RLM-RBC | 4/19/2013 | 7/7/2013 | |
| Indiana Northern | 1:13-cv-00124-JD-RBC | 4/19/2013 | 7/7/2013 | 9/6/2013 |
| Indiana Northern | 2:13-cv-00085-JVB-PRC | 3/5/2013 | 7/27/2013 | 9/16/2013 |
| Indiana Northern | 2:13-cv-00097-JD-JEM | 3/14/2013 | 7/27/2013 | 10/3/2013 |
| Indiana Northern | 2:13-cv-00099-RLM-APR | 3/14/2013 | 7/7/2013 | 10/3/2013 |
| Indiana Northern | 2:13-cv-00135-RLM-JEM | 4/22/2013 | 7/27/2013 | 8/12/2013 |
| Indiana Northern | 2:13-cv-00136-RLM-JEM | 4/22/2013 | 7/27/2013 | |
| Indiana Northern | 3:13-cv-00071-JD-CAN | 2/5/2013 | 5/26/2013 | 7/31/2013 |
| Indiana Northern | 3:13-cv-00072-JVB-CAN | 2/5/2013 | 5/26/2013 | 7/15/2013 |
| Indiana Northern | 3:13-cv-00162-PPS-CAN | 3/5/2013 | 9/18/2013 | |
| Indiana Northern | 3:13-cv-00163-TLS-CAN | 3/5/2013 | 6/30/2013 | 7/29/2013 |
| Indiana Northern | 3:13-cv-00164-PPS-CAN | 3/5/2013 | 7/26/2013 | |
| Indiana Northern | 3:13-cv-00203-PPS-CAN | 3/14/2013 | 9/10/2013 | 11/6/2013 |
| Indiana Northern | 3:13-cv-00204-JTM-CAN | 3/14/2013 | 9/18/2013 | 10/31/2013 |
| Indiana Northern | 3:13-cv-00329-PPS-CAN | 4/19/2013 | 7/26/2013 | |
| Indiana Northern | 3:13-cv-00332-PPS-CAN | 4/19/2013 | 7/26/2013 | |
| Indiana Northern | 3:13-cv-00334-JD-CAN | 4/19/2013 | 7/26/2013 | |
| Indiana Southern | 1:13-cv-00202-SEB-MJD | 2/5/2013 | 4/24/2013 | 5/10/2013 |
| Indiana Southern | 1:13-cv-00205-WTL-MJD | 2/5/2013 | 4/28/2013 | 6/12/2013 |
| Indiana Southern | 1:13-cv-00389-SEB-MJD | 3/8/2013 | 5/25/2013 | |
| Indiana Southern | 1:13-cv-00390-TWP-MJD | 3/8/2013 | 5/26/2013 | |
| Indiana Southern | 1:13-cv-00391-RLY-MJD | 3/8/2013 | 8/26/2013 | |
| Indiana Southern | 1:13-cv-00392-RLY-MJD | 3/8/2013 | 7/8/2013 | 7/25/2013 |
| Indiana Southern | 1:13-cv-00394-SEB-MJD | 3/8/2013 | 8/27/2013 | 9/19/2013 |
| Indiana Southern | 1:13-cv-00668-JMS-MJD | 4/24/2013 | 8/13/2013 | 9/17/2013 |
| Indiana Southern | 1:13-cv-00671-JMS-MJD | 4/24/2013 | 8/13/2013 | 9/17/2013 |
| Indiana Southern | 1:13-cv-00672-JMS-MJD | 4/24/2013 | 8/17/2013 | 12/2/2013 |
| Indiana Southern | 1:13-cv-01522-RLY-DKL | 9/21/2013 | 1/10/2014 | |
| Indiana Southern | 1:13-cv-01525-SEB-MJD | 9/21/2013 | 7/7/2014 | |
| Maryland | 1:13-cv-00353-MJG | 2/1/2013 | 8/24/2014 | |

| Maryland | 1:13-cv-00512-JKB | 2/17/2013 | 5/21/2014 | 6/11/2014 |
| Maryland | 8:13-cv-00365-PWG | 2/1/2013 | 4/14/2014 | 6/9/2014 |
| Maryland | 8:14-cv-00237-GJH | 1/27/2014 | 6/13/2014 | |
| Michigan Eastern | 1:13-cv-12178-TLL-CEB | 5/15/2013 | 9/12/2013 | 10/3/2013 |
| Michigan Eastern | 2:13-cv-10510-DPH-MJH | 2/7/2013 | 5/29/2013 | |
| Michigan Eastern | 2:13-cv-10512-JAC-LJM | 2/7/2013 | 5/19/2013 | 6/5/2013 |
| Michigan Eastern | 2:13-cv-10513-JAC-MAR | 2/7/2013 | 9/25/2013 | |
| Michigan Eastern | 2:13-cv-10515-VAR-PJK | 2/7/2013 | 5/8/2013 | 5/22/2013 |
| Michigan Eastern | 2:13-cv-11404-VAR-MKM | 3/28/2013 | 7/21/2013 | 8/12/2013 |
| Michigan Eastern | 2:13-cv-11415-PDB-MKM | 3/29/2013 | 7/3/2013 | 12/17/2013 |
| Michigan Eastern | 2:13-cv-11425-PDB-MKM | 3/29/2013 | 7/8/2013 | |
| Michigan Eastern | 2:13-cv-11432-GAD-RSW | 3/29/2013 | 12/23/2013 | 2/20/2014 |
| Michigan Eastern | 2:13-cv-11434-RHC-MKM | 3/29/2013 | 8/19/2013 | |
| Michigan Eastern | 2:13-cv-11435-RHC-MKM | 3/29/2013 | 7/23/2013 | |
| Michigan Eastern | 2:13-cv-11436-DML-MJH | 3/29/2013 | 6/13/2013 | |
| Michigan Eastern | 2:13-cv-11446-AJT-DRG | 3/29/2013 | 6/13/2013 | 10/17/2013 |
| Michigan Eastern | 2:13-cv-11450-SJM-LJM | 3/29/2013 | 8/20/2013 | |
| Michigan Eastern | 2:13-cv-11458-SFC-DRG | 3/29/2013 | 7/24/2013 | 8/8/2013 |
| Michigan Eastern | 2:13-cv-12168-NGE-MAR | 5/15/2013 | 9/12/2013 | 1/30/2014 |
| Michigan Eastern | 2:13-cv-12169-RHC-MKM | 5/15/2013 | 10/7/2013 | 10/28/2013 |
| Michigan Eastern | 2:13-cv-12179-DML-DRG | 5/15/2013 | 10/26/2013 | 11/4/2013 |
| Michigan Eastern | 2:13-cv-12197-GAD-PJK | 5/17/2013 | 8/28/2013 | 9/17/2013 |
| Michigan Eastern | 2:13-cv-12198-PDB-MKM | 5/17/2013 | 9/27/2013 | |
| Michigan Eastern | 2:13-cv-12200-GER-MKM | 5/17/2013 | 8/24/2013 | |
| Michigan Eastern | 2:13-cv-12208-MOB-RSW | 5/17/2013 | 8/26/2013 | |
| Michigan Eastern | 2:13-cv-12209-SJM-MKM | 5/17/2013 | 8/30/2013 | |
| Michigan Eastern | 2:13-cv-12213-SFC-DRG | 5/17/2013 | 11/1/2013 | |
| Michigan Eastern | 2:13-cv-12217-VAR-RSW | 5/17/2013 | 9/3/2013 | 9/24/2013 |
| Michigan Eastern | 2:13-cv-12218-NGE-DRG | 5/17/2013 | 8/1/2013 | 8/7/2013 |
| Michigan Eastern | 2:13-cv-12224-SFC-DRG | 5/17/2013 | 8/27/2013 | |
| Michigan Eastern | 2:13-cv-12228-RHC-MAR | 5/17/2013 | 8/24/2013 | |
| Michigan Eastern | 2:13-cv-12233-NGE-MKM | 5/17/2013 | 8/20/2013 | |
| Michigan Eastern | 2:13-cv-13515-MOB-LJM | 8/16/2013 | 10/27/2013 | 11/7/2013 |
| Michigan Eastern | 2:13-cv-13526-JCO-DRG | 8/16/2013 | 11/24/2013 | 12/27/2013 |
| Michigan Eastern | 2:13-cv-13534-SJM-MKM | 8/16/2013 | 12/20/2013 | |
| Michigan Eastern | 2:13-cv-13535-BAF-LJM | 8/16/2013 | 1/4/2014 | |
| Michigan Eastern | 2:13-cv-13982-SFC-MJH | 9/17/2013 | 11/27/2013 | 12/17/2013 |
| Michigan Eastern | 2:14-cv-12409-GCS-MKM | 6/20/2014 | 9/9/2014 | |
| Michigan Eastern | 2:14-cv-12431-JEL-DRG | 6/21/2014 | 9/7/2014 | |
| Michigan Eastern | 4:13-cv-10509-TGB-RSW | 2/7/2013 | 6/27/2013 | 8/2/2013 |
| Michigan Eastern | 4:13-cv-11454-TGB-RSW | 3/29/2013 | 7/8/2013 | 7/29/2013 |
| Michigan Eastern | 4:13-cv-12161-MAG-MKM | 5/15/2013 | 8/31/2013 | |
| Michigan Western | 1:13-cv-00154-RJJ | 2/13/2013 | 6/3/2013 | 6/12/2013 |
| Michigan Western | 1:13-cv-00157-RJJ | 2/13/2013 | 7/11/2013 | 8/6/2013 |
| Michigan Western | 1:13-cv-00158-RJJ | 2/13/2013 | 5/30/2013 | |
| Michigan Western | 1:13-cv-00162-RJJ | 2/13/2013 | 5/20/2013 | 6/20/2013 |
| Michigan Western | 1:13-cv-00163-RJJ | 2/13/2013 | 5/24/2013 | |

| | | | | |
|---|---|---|---|---|
| Michigan Western | 1:13-cv-00353-RJJ | 4/1/2013 | 7/30/2013 | 8/26/2013 |
| Michigan Western | 1:13-cv-00354-RJJ | 4/1/2013 | 7/21/2013 | |
| Michigan Western | 1:13-cv-00357-RJJ | 4/1/2013 | 7/14/2009 | 8/30/2013 |
| Michigan Western | 1:13-cv-00360-RJJ | 4/1/2013 | 7/21/2013 | 8/13/2013 |
| Michigan Western | 1:13-cv-00527-RJJ | 5/13/2013 | 9/7/2013 | |
| Michigan Western | 1:13-cv-00529-RJJ | 5/13/2013 | 9/3/2013 | |
| Michigan Western | 1:13-cv-00531-RJJ | 5/13/2013 | 9/3/2013 | |
| Michigan Western | 1:13-cv-00533-RJJ | 5/13/2013 | 9/3/2013 | |
| Michigan Western | 1:13-cv-00534-RJJ | 5/13/2013 | 9/5/2013 | 9/25/2013 |
| Michigan Western | 1:13-cv-00535-RJJ | 5/13/2013 | 9/1/2013 | |
| Michigan Western | 1:13-cv-00539-RJJ | 5/13/2013 | 9/4/2013 | |
| Michigan Western | 1:13-cv-00892-RJJ | 8/19/2013 | 12/4/2013 | |
| Michigan Western | 1:14-cv-00241-RJJ | 3/12/2014 | 7/9/2014 | |
| Michigan Western | 1:14-cv-00245-RJJ | 3/13/2014 | 7/1/2014 | 7/25/2014 |
| Michigan Western | 1:14-cv-00246-RJJ | 3/13/2014 | 7/7/2014 | |
| Michigan Western | 1:14-cv-00250-RJJ | 3/13/2014 | 7/10/2014 | |
| Michigan Western | 1:14-cv-00268-RJJ | 3/13/2014 | 8/7/2014 | |
| Michigan Western | 1:14-cv-00365-RJJ | 4/7/2014 | 8/4/2014 | |
| Michigan Western | 1:14-cv-00483-RJJ | 4/30/2014 | 8/26/2014 | |
| Michigan Western | 1:14-cv-00486-RJJ | 4/30/2014 | 8/25/2014 | |
| New Jersey | 2:13-cv-00973-FSH-PS | 2/15/2013 | 7/3/2013 | |
| New Jersey | 2:13-cv-01106-WHW-CLW | 2/25/2013 | 7/15/2013 | |
| New Jersey | 3:13-cv-01159-FLW-LHG | 2/27/2013 | 6/26/2013 | |
| New Jersey | 3:13-cv-02041-JAP-TJB | 4/1/2013 | 6/26/2013 | |
| New Jersey | 3:13-cv-02042-PGS-TJB | 4/1/2013 | 7/5/2013 | 8/12/2013 |
| New Jersey | 3:13-cv-02043-FLW-TJB | 4/1/2013 | 8/13/2013 | 9/17/2013 |
| New Jersey | 3:13-cv-04658-FLW-LHG | 8/2/2013 | 12/6/2013 | 12/27/2013 |
| New Jersey | 3:13-cv-04680-FLW-LHG | 8/5/2013 | 12/10/2013 | 12/30/2013 |
| Ohio Southern | 2:14-cv-00463-JLG-TPK | 5/16/2014 | 9/7/2014 | |
| Pennsylvania Eastern | 2:13-cv-01763-MAM | 4/4/2013 | 7/9/2013 | |
| Pennsylvania Eastern | 2:13-cv-01764-JD | 4/4/2013 | 9/3/2013 | |
| Pennsylvania Eastern | 2:13-cv-02766-NIQA | 5/20/2013 | 1/6/2014 | 1/26/2014 |
| Pennsylvania Eastern | 2:13-cv-02768-PD | 5/20/2013 | 10/1/2013 | 10/22/2013 |
| Pennsylvania Eastern | 2:13-cv-02770-CMR | 5/20/2013 | 9/9/2013 | |
| Pennsylvania Eastern | 2:13-cv-02856-JD | 5/23/2013 | 9/17/2013 | |
| Pennsylvania Eastern | 2:13-cv-02858-JS | 5/23/2013 | 10/2/2013 | |
| Pennsylvania Eastern | 2:13-cv-02863-PD | 5/23/2013 | 9/26/2013 | 10/15/2013 |
| Pennsylvania Eastern | 2:13-cv-02868-JHS | 5/23/2013 | 10/16/2013 | 11/19/2013 |
| Pennsylvania Eastern | 2:13-cv-04558-SD | 8/7/2013 | 11/20/2013 | |
| Pennsylvania Eastern | 2:13-cv-04562-WY | 8/7/2013 | 10/25/2013 | |
| Pennsylvania Eastern | 2:13-cv-04574-MMB | 8/7/2013 | 12/2/2013 | 12/24/2013 |
| Pennsylvania Eastern | 2:13-cv-04579-LDD | 8/7/2013 | 11/26/2013 | |
| Pennsylvania Eastern | 2:13-cv-04580-NS | 8/7/2013 | 11/18/2013 | |
| Pennsylvania Eastern | 2:13-cv-04583-JCJ | 8/7/2013 | 12/17/2013 | 1/17/2014 |
| Pennsylvania Eastern | 2:13-cv-05473-JP | 9/19/2013 | 2/11/2014 | |
| Pennsylvania Eastern | 2:13-cv-05474-JD | 9/19/2013 | 1/2/2014 | 1/24/2014 |
| Pennsylvania Eastern | 2:13-cv-05484-PD | 9/19/2013 | 1/14/2014 | |

| Court | Case Number | Date 1 | Date 2 | Date 3 |
|---|---|---|---|---|
| Pennsylvania Eastern | 2:13-cv-05486-LFR | 9/19/2013 | 6/24/2014 | 7/14/2014 |
| Pennsylvania Eastern | 2:13-cv-05890-JCJ | 10/7/2013 | 3/24/2014 | |
| Pennsylvania Eastern | 2:13-cv-05891-JD | 10/7/2013 | 2/5/2014 | |
| Pennsylvania Eastern | 2:13-cv-05894-JS | 10/7/2013 | 1/30/2014 | |
| Pennsylvania Eastern | 2:13-cv-05897-GP | 10/7/2013 | 1/27/2014 | |
| Pennsylvania Eastern | 2:13-cv-05917-MSG | 10/8/2013 | 1/7/2014 | |
| Pennsylvania Eastern | 2:13-cv-06244-JD | 10/25/2013 | 2/10/2014 | |
| Pennsylvania Eastern | 2:13-cv-06245-JD | 10/25/2013 | 2/18/2014 | |
| Pennsylvania Eastern | 2:13-cv-06247-JD | 10/25/2013 | 1/26/2014 | |
| Pennsylvania Eastern | 2:13-cv-06250-RB | 10/25/2013 | 1/28/2014 | |
| Pennsylvania Eastern | 2:13-cv-06252-GP | 10/25/2013 | 2/8/2014 | 2/20/2014 |
| Pennsylvania Eastern | 2:13-cv-06798-JS | 11/22/2013 | 3/20/2014 | |
| Pennsylvania Eastern | 2:13-cv-06843-CMR | 11/25/2013 | 2/2/2014 | |
| Pennsylvania Eastern | 2:13-cv-07356-CMR | 12/16/2013 | 4/9/2014 | |
| Pennsylvania Eastern | 2:13-cv-07358-EL | 12/16/2013 | 6/2/2014 | |
| Pennsylvania Eastern | 2:13-cv-07571-JCJ | 12/24/2013 | 4/22/2014 | |
| Pennsylvania Eastern | 2:13-cv-07574-GP | 12/24/2013 | 4/10/2014 | |
| Pennsylvania Eastern | 2:13-cv-07576-LFR | 12/24/2013 | 4/3/2014 | |
| Pennsylvania Eastern | 2:14-cv-00688-PD | 1/31/2014 | 6/23/2014 | |
| Pennsylvania Eastern | 2:14-cv-00694-NIQA | 1/31/2014 | 6/5/2014 | 7/10/2014 |
| Pennsylvania Eastern | 2:14-cv-00695-PBT | 1/31/2014 | 5/29/2014 | 6/19/2014 |
| Pennsylvania Eastern | 2:14-cv-00696-LDD | 1/31/2014 | 5/29/2014 | |
| Pennsylvania Eastern | 2:14-cv-01193-SD | 2/27/2014 | 6/25/2014 | |
| Pennsylvania Eastern | 2:14-cv-01280-SD | 2/28/2014 | 8/7/2014 | 8/12/2014 |
| Pennsylvania Eastern | 2:14-cv-01651-ER | 3/24/2014 | 8/12/2014 | |
| Pennsylvania Eastern | 2:14-cv-01699-LDD | 3/24/2014 | 7/12/2014 | |
| Pennsylvania Eastern | 2:14-cv-01966-JP | 4/3/2014 | 7/31/2014 | |
| Pennsylvania Eastern | 2:14-cv-01968-LFR | 4/3/2014 | 7/11/2014 | |
| Pennsylvania Eastern | 2:14-cv-01976-LDD | 4/3/2014 | 8/14/2014 | |
| Pennsylvania Eastern | 2:14-cv-02536-JHS | 4/30/2014 | 8/23/2014 | |
| Pennsylvania Eastern | 2:14-cv-02543-BMS | 4/30/2014 | 8/6/2014 | |
| Pennsylvania Eastern | 2:14-cv-02779-JP | 5/14/2014 | 9/2/2014 | |
| Pennsylvania Eastern | 5:13-cv-04567-LS | 8/7/2013 | 11/26/2013 | |
| Pennsylvania Eastern | 5:13-cv-06249-JKG | 10/25/2013 | 4/8/2014 | |
| Pennsylvania Middle | 1:14-cv-00166-SHR | 1/31/2014 | 8/4/2014 | 8/25/2014 |
| Pennsylvania Middle | 1:14-cv-00168-YK | 1/31/2014 | 8/12/2014 | |
| Wisconsin Eastern | 1:13-cv-01105-WEC | 9/29/2013 | 1/15/2014 | 2/4/2014 |
| Wisconsin Eastern | 1:13-cv-01237-WCG | 11/4/2013 | 3/21/2014 | |
| Wisconsin Eastern | 1:13-cv-01239-WCG | 11/4/2013 | 5/13/2014 | |
| Wisconsin Eastern | 2:13-cv-00214-JPS | 2/27/2013 | 6/25/2013 | |
| Wisconsin Eastern | 2:13-cv-00217-WEC | 2/27/2013 | 10/29/2013 | |
| Wisconsin Eastern | 2:13-cv-00228-NJ | 3/4/2013 | 7/2/2013 | 1/17/2014 |
| Wisconsin Eastern | 2:13-cv-00236-AEG | 3/4/2013 | 6/24/2013 | 7/15/2013 |
| Wisconsin Eastern | 2:13-cv-00239-JPS | 3/4/2013 | 6/24/2013 | |
| Wisconsin Eastern | 2:13-cv-00526-LA | 5/9/2013 | 11/18/2013 | 1/3/2014 |
| Wisconsin Eastern | 2:13-cv-00527-PJG | 5/9/2013 | 9/4/2013 | |
| Wisconsin Eastern | 2:13-cv-00528-PJG | 5/10/2013 | 9/24/2013 | |

| Wisconsin Eastern | 2:13-cv-00544-RTR | 5/14/2013 | 8/27/2013 | |
| Wisconsin Eastern | 2:13-cv-01090 | 9/26/2013 | 1/11/2014 | |
| Wisconsin Eastern | 2:13-cv-01104 | 9/29/2013 | 1/15/2014 | |
| Wisconsin Eastern | 2:13-cv-01230-RTR | 11/2/2013 | 3/18/2014 | |

| | |
|---|---:|
| **Total Names Received** | 1014 |
| **Total Served Defendants** | 379 |
| **Total Answered Complaints** | 140 |