UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Malibu Media, llc**,<br><br>　　　　*Plaintiff*;<br><br>　vs.<br><br>**John Doe** subscriber assigned **IP address 65.189.10.120**,<br><br>　　　　*Defendant*. | No. 1:14-cv-00493<br><br>Judge Timothy S. Black<br><br>Magistrate Judge Karen L. Litkovitz |

### defendant's motion for admission pro hac vice

Pursuant to S.D. Ohio Civ. R.R. 83.3(e) and 83.4(a) Joseph Bahgat, attorney for the Defendant, John Doe subscriber assigned IP address 65.189.120, in the above-referenced action, hereby moves this Honorable Court for the admission of attorney Jason E. Sweet, *pro hac vice*:

> Jason E. Sweet (BBO #668596)
> Booth Sweet LLP
> 32R Essex Street
> Cambridge, MA 02139
> 617.250.8619
> [jsweet@boothsweet.com](mailto:jsweet@boothsweet.com)

Movant is a member in good standing of the bar of this Court, and represents that the applicant is a member in good standing of the highest court of Massachusetts.[1] Movant further

---

[1] *See* Certification of Good Standing, Commonwealth of Massachusetts, Aug. 26, 2014 (attached as Ex. A).



338 South High Street
Columbus OH 43215
877 721 9027
www.hubcitylawgroup.com

represents that the applicant is not eligible to become a permanent member of the bar of this Court.

This application is accompanied by the required $200.00 filing fee.

Movant further represents that the applicant understands his obligation to register for electronic filing with the Clerk of this Court promptly upon the granting of this application.

Respectfully submitted,

BAHGAT & BAHGAT LLC

*Attorneys for Defendant*

Dated: 2-Oct-14

By: _____

Joseph A. Bahgat
338 South High Street
Columbus, Ohio 43215
877-721-9027 x.110
joe@hubcitylawgroup.com



338 South High Street
Columbus OH 43215
877 721 9027
www.hubcitylawgroup.com