UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MALIBU MEDIA, LLC,

        Plaintiff,

vs.

JOHN DOE, subscriber assigned IP address 65.189.10.120,

        Defendant.

Case No. 1:14-cv-493

Judge Timothy S. Black

**ORDER GRANTING APPLICATION FOR
ADMISSION *PRO HAC VICE* (Doc. 11)**

Before the Court is the Application for Admission *Pro Hac Vice* from Jason E. Sweet. (Doc. 11).

Mr. Sweet is an attorney in good standing and consents to the jurisdiction and rules of this district governing professional conduct.  Having satisfied the requirements of S.D. Ohio Civ. R. 83.3 for admission, his Application for Admission to represent Defendant in this matter is **GRANTED**, and he is hereby admitted to practice as **co-counsel** on behalf of the Defendant.

    **IT IS SO ORDERED.**

DATE: 10/7/14

          _/s/Timothy S. Black_____
          Timothy S. Black
          United States District Judge