# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| MALIBU MEDIA, LLC, | )<br>)<br>) Civil Action No. 1:14-cv-493<br>) |
| Plaintiff, | ) |
| vs. | )<br>) |
| JOHN DOE subscriber assigned IP address 65.189.10.120, | )<br>)<br>) |
| Defendant. | )<br>) |

## DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON DEFENDANT

As early as July 31, 2014, Malibu Media was aware the undersigned represented the Defendant and was authorized to accept service. *See e.g.* ECF No. 8 at 5; ECF No. 11 at 1, 3, & 4.

Rather than serve the Defendant during that 75 day period, Plaintiff whiled away its remaining time without explanation. Plaintiff now requests an additional 30 plus days to accomplish what it has been unwilling to do to date.

Plaintiff's request for an extension of time in which to serve the Defendant should be denied.

s/ Jason E. Sweet

*Admitted Pro Hac Vice*
Jason E. Sweet
BBO# 668596
Booth Sweet LLP
32R Essex Street
Cambridge, MA 02139
T: 617.250.8619
F: 617.250.8883
jsweet@boothsweet.com

Joseph A. Bahgat
#0082116
Hub City Law Group
338 South High Street
Columbus OH 43215
T/F: 877.721.9027
joe@hubcitylawgroup.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 14, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                     /s/ Jason E. Sweet