# EXHIBIT A

**From:** Harris, Sean sean.harris2@twcable.com
**Subject:** RE: Malibu Media - cv-00493-TSB
**Date:** February 26, 2015 at 4:42 PM
**To:** jsweet@boothsweet.com

My apologies.  2/6/2015

---

**From:** jsweet@boothsweet.com [mailto:jsweet@boothsweet.com]
**Sent:** Thursday, February 26, 2015 4:38 PM
**To:** Harris, Sean
**Subject:** Re: Malibu Media - cv-00493-TSB

Are you certain? The motion to quash wasn't ruled on until Jan. 21, 2015.

On Feb 26, 2015, at 4:32 PM, Harris, Sean <sean.harris2@twcable.com> wrote:

Hi Jason,

Our response was mailed out around 8/3/2014.

Thanks,

**Sean Harris**
Subpoena Analyst

<image001.jpg>

13820 Sunrise Valley Drive
Herndon, VA 20171
Direct (703) 345-2656 | Fax (704) 697-4911
sean.harris2@twcable.com

Go Green! Print this email only when necessary.
Thank you for helping Time Warner Cable be environmentally responsible.

---

**From:** jsweet@boothsweet.com [mailto:jsweet@boothsweet.com]
**Sent:** Thursday, February 26, 2015 4:04 PM
**To:** Harris, Sean
**Subject:** Re: Malibu Media - cv-00493-TSB

Sean

Can you tell me the date on which ▓▓▓▓▓▓▓▓ identity was turned over to Yousef / Malibu Media?



Thanks,

Jason


Jason Sweet
Booth Sweet LLP
32R Essex Street
Cambridge, MA 02139
T: (617) 250-8619
F: (617) 250-8883
www.boothsweet.com
www.facebook.com/BoothSweet

This e-mail is from the law firm Booth Sweet LLP, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments.

This E-mail and any of its attachments may contain Time Warner Cable proprietary information, which is privileged, confidential, or subject to copyright belonging to Time Warner Cable. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout.


Jason Sweet
Booth Sweet LLP
32R Essex Street
Cambridge, MA 02139
T: (617) 250-8619
F: (617) 250-8883
www.boothsweet.com
www.facebook.com/BoothSweet

This e-mail is from the law firm Booth Sweet LLP, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments.