# EXHIBIT B

**From:** Yousef Faroniya yousef@ymfincorporated.com 
**Subject:** 1:14-cv-493. SOH54, Motion for Extension to Serve
**Date:** February 27, 2015 at 6:31 PM
**To:** Jason Sweet jsweet@boothsweet.com, Joseph Bahgat joe@hubcitylawgroup.com

Good evening Counsels:

Please advise if you would consent to an extension to serve in the above-styled case. The motion is attached for your review.

Thank you.

--
**Yousef M. Faroniya**
CEO and Attorney at Law
YMF Inc.
84 S. 4th St.
Columbus, Ohio 43215
(614) 961-6606
yousef@YMFincorporated.com
YMFincorporated.com

CONFIDENTIALITY NOTE: This message originates from Yousef M. Faroniya, Esq. This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. This message may not be copied or distributed without this disclaimer. If you received this message in error, please notify us immediately at: yousef@ymfincorporated.com. Thank you.

IRS Circular 230 Notice: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii), marketing, or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

Pursuant to the Fair Debt Collection Practices Act, you are advised that this office may be deemed to be a debt collector and any information obtained may be used for that purpose.


soh54 motion.docx

