UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| MALIBU MEDIA, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) Case No.: 1:14-cv-00493-TSB |
| v. | )<br>) |
| JOHN DOE, | )<br>) |
| Defendant. | )<br>) |

**NOTICE OF SUPPLEMENTAL DOCUMENTATION IN SUPPORT OF DEFENDANT'S MOTION FOR ORDER TO SHOW CAUSE [Doc. 26]**

Defendant submits the attached exhibit as further evidence of Plaintiff's practice of improperly naming defendants who refuse to settle.

The exhibit is a motion to show cause wherein, a month after this Court issued its Show Cause Order [Doc. 27], Plaintiff named another defendant under similar circumstances.[1]

Dated: May 13, 2015

Respectfully,

*s/ Jason E. Sweet*
Jason E. Sweet (BBO# 668596)
BOOTH SWEET LLP
32R Essex Street
Cambridge, MA 02139
Tel.: (617) 250-8619
Fax: (617) 250-8883
Email: jsweet@boothsweet.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2015, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

*s/ Jason E. Sweet*

---

[1] The motion attached as Exhibit A was later found to be moot in a minute entry by the court. *Malibu Media v. Doe*, No. 13-cv-06312, ECF No. 158 (N.D. Ill. April 22, 2015).