# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

MALIBU MEDIA, LLC,

        Plaintiff,

v.

                                            Civil Action No. 1:14-cv-00493-TSB

JOHN DOE, subscriber assigned IP address
65.189.10.120,

        Defendant.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 65.189.10.120. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: June 12, 2015

                                          Respectfully submitted,

                                          By: /s/ *Yousef M. Faroniya*
                                          Yousef M. Faroniya
                                          yousef@YMFincorporated.com
                                          YMF Inc.: The Law Office of Yousef M. Faroniya
                                          84 S. 4th Street
                                          Columbus, OH 43215
                                          Phone: 614-360-1855
                                          *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Yousef M. Faroniya*
Yousef M. Faroniya